UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DANFORTH & ASSOCIATES, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>COLDWELL BANKER REAL ESTATE, LLC, a California limited liability company,<br><br>Defendant. | No. 2:10-CV-01621-JCC<br><br>**Notice by Mediator Pursuant to CR 39.1(c)(6)** |

Pursuant to CR 39.1(c)(6) of the Rules of the United States District Court for the Western District of Washington, the undersigned mediator hereby provides notice that: (1) a mediation in this matter occurred on June 22, 2011, and (2) the case was resolved at the mediation.

Dated this 8 day of July, 2011.

_____
Stew Cogan, Mediator • Arbitrator

NOTICE BY MEDIATOR PURSUANT TO
CR 39.1(C)(6) - 1

STEW COGAN
800 FIFTH AVENUE • SUITE 4000
SEATTLE, WASHINGTON 98104
T (206) 860-1000 • F (206) 860-4825